UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEJON MICHAEL DEWAYNE SIMPSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PIERCE COUNTY JAIL, KATHLEEN PROCTOR, BRENT HYER, MATHEW DAVID VANELRIAL,<br><br>　　　　　Defendant. | CASE NO. 3:17-CV-05466-RBL-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: November 10, 2017 |

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Dejon Michael Dewayne Simpson, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on June 15, 2017. *See* Dkt. 1.[1] On September 7, 2017, the Court screened Plaintiff's Complaint and found it was deficient. Dkt. 8. The Court ordered Plaintiff to correct the deficiencies by October 6, 2017. *Id.* The Court warned

---

[1] Plaintiff filed a deficient *in forma pauperis* application when he initiated this lawsuit. *See* Dkt. 1, 2. Plaintiff did not correct the deficiencies until August 18, 2017, at which time the application became ready for the Court's review. *See* Dkt. 5.

REPORT AND RECOMMENDATION - 1

1  that failure to file an amended complaint or adequately address the issues identified in the Order

2  would result in the Court recommending dismissal of this action pursuant to 28 U.S.C. § 1915.

3  *Id*.

4       Plaintiff has failed to comply with the Court's Order. He has not filed a response to the

5  Order or attempted to file an amended complaint. As Plaintiff has failed to respond to the Court's

6  Order and prosecute this case, the Court recommends this case be dismissed without prejudice.

7       Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil

8  Procedure, the parties shall have fourteen (14) days from service of this Report to file written

9  objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those

10 objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time

11 limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on

12 November 10, 2017, as noted in the caption.

13      Dated this 24th day of October, 2017.

                                                   David W. Christel
                                                 United States Magistrate Judge